IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON TELECOMMUNICATIONS
GROUP INC., et al.,

    Plaintiffs,

  v.

ROBERT WOOD, et al.,

    Defendant.

No. C 02-05971 JSW

**ORDER RE CASE MANAGEMENT CONFERENCE**

In response to the correspondence received relating to the case management conference schedule in this case, the only parties who are required to appear are those parties who remain in this case. Thus, any defendant who has been dismissed and whose dismissal has been affirmed is not required to appear. The matter is closed as to those defendants.

**IT IS SO ORDERED.**

Dated: January 10, 2008

                JEFFREY S. WHITE
                UNITED STATES DISTRICT JUDGE