IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON TELECOMMUNICATIONS
GROUP INC., et al.,

    Plaintiffs,

v.

ROBERT WOOD,

    Defendant.

No. C 02-05971 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS FOR *FORUM NON CONVENIENS***

On February 29, 2008, Defendant Robert Wood renewed a motion to dismiss for forum non conveniens and noticed it for hearing on April 18, 2008. The Court HEREBY ORDERS that Plaintiffs' renewed opposition to the motion shall be due on March 21, 2008, and Defendant's reply shall be due on March 28, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 4, 2008

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE