|   |   |
|---|---|
| 1 | DAVID C. PHILLIPS, ESQ. (SBN 032611) |
|   | PHILLIPS, ERLEWINE & GIVEN LLP |
| 2 | One Embarcadero Center, Suite 2350 |
|   | San Francisco, CA 94111 |
| 3 | Tel: (415) 398-0900 |
|   | Fax: (415) 398-0911 |
| 4 | dcp@phillaw.com |

Steven M. Cowley (MA BBO No. 554534)
Mark B. Dubnoff (MA BBO No. 637212)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel: (617) 239-0100
Fax: (617) 227-4420
scowley@eapdlaw.com
mdubnoff@eapdlaw.com

Attorneys for Plaintiffs Boston Telecommunications Group, Inc.
and Roderick Marshall

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| BOSTON TELECOMMUNICATIONS GROUP, INC. and RODERICK MARSHALL<br><br>Plaintiff(s),<br>v.<br><br>DELOITTE TOUCHE TOHMATSU, ROBERT WOOD, GEORGE A. MAINAS, CONSOLIDATED GLOBAL CABLE SYSTEMS, INC., DELOITTE & TOUCHE SLOVAKIA, S.R.O., DELOITTE & TOUCHE, EOOD, DELOITTE & TOUCHE CZECH REPUBLIC, B.V., and DELOITTE & TOUCHE CENTRAL EUROPE<br><br>Defendant(s). | CASE NO. C02-5971 JSW (ARB) (WDB)<br><br>[PROPOSED] ORDER GRANTING PLANTIFFS' ASSENTED-TO MOTION FOR LEAVE FOR ONE ADDITIONAL DAY TO REPLY TO DEFENDANT ROBERT WOOD'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AN ANSWER AND INITIAL DISCLOSURES |
|---|---|

Having considered the papers submitted in support of plaintiffs' Assented-To Motion for Leave for One Additional Day to Reply to Defendant Robert Wood's Opposition to Plaintiffs'

---

[Proposed] Order Granting Plaintiffs' Assented-To Motion for Leave for One Additional Day to Reply to Defendant's Opposition to Plaintiffs' Motion to Compel an Answer and Initial Disclosures - Case No. C02-5971 JSW (ARB) (WDB)

1 Motion to Compel an Answer and Initial Disclosures, ~~and for good cause,~~ the Court ORDERS as
2 follows: solely based on Defendant's lack of opposition,

3  This Motion is granted. The deadline for filing the reply shall be extended from March 28,
4 2008 to March 31, 2008.

5  IT IS SO ORDERED.

7 Dated: __March 31, 2008__                     _____
8                                               The Honorable Jeffrey S. White

28 [~~Proposed~~] Order Granting Plantiffs' Assented-To Motion for Leave for One Additional Day to Reply to Defendant's Opposition to Plaintiffs' Motion to Compel an Answer and Initial Disclosures - Case No. C02-5971 JSW (ARB) (WDB)