# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON TELECOMMUNICATIONS GROUP, INC. and RODERICK MARSHALL<br><br>　　　　Plaintiffs,<br>　v.<br>ROBERT WOOD<br>　　　　Defendant. | CASE NO. C02-5971 JSW<br><br>~~PROPOSED~~ ORDER |

Pursuant to the parties' stipulation, the HONORABLE JEFFREY S. WHITE will conduct a Further Case Management Conference in this case on March 19, 2010, at 1:30 p.m., in Courtroom 11 on the 19th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California. A joint case management statement shall be due on or before March 12, 2010.

**IT IS SO ORDERED.**

Dated: January 13, 2010

_/s/ Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BOS111 12450602.1

**PROPOSED ORDER**