| | |
|---|---|
| 1 | |
| 2 | STEVEN M. COWLEY (*pro hac vice*)<br>scowley@eapdlaw.com |
| 3 | THOMAS H. WINTNER (*pro hac vice*)<br>twintner@eapdlaw.com |
| 4 | EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue |
| 5 | Boston, Massachusetts 02199<br>Tel: (617) 239-0100 |
| 6 | Fax: (617) 227-4420 |
| 7 | DAVID C. PHILLIPS, ESQ. (SBN 032611)<br>dcp@phillaw.com |
| 8 | PHILLIPS, ERLEWINE & GIVEN LLP<br>50 California Street, 35th Floor |
| 9 | San Francisco, California 94111<br>Tel: (415) 398-0900 |
| 10 | Fax: (415) 398-0911 |
| 11 | Attorneys for Plaintiffs Boston Telecommunications<br>Group, Inc. and Roderick Marshall |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOSTON TELECOMMUNICATIONS GROUP, INC. and RODERICK MARSHALL<br><br>　　　　　Plaintiffs,<br>　v.<br>ROBERT WOOD<br>　　　　　Defendant. | CASE NO. C02-5971 JSW<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST FOR TELEPHONIC FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

**M.A.R./PROPOSED ORDER FOR TELEPHONIC FURTHER CASE MANAGEMENT CONFERENCE**

The parties in this case have been notified of a Further Case Management Conference to be held on March 19, 2010. Plaintiffs' lead counsel, Steven M. Cowley, hereby requests that he be permitted to participate in the case management conference by telephone. Mr. Cowley is chair of his firm's pro bono committee. Allowing him to participate in the case management conference by telephone will permit him to attend the Pro Bono Institute's annual seminar in Washington, D.C. from March 18-20. While he realizes that this does not represent a conflict with another court date, given his role in pro bono matters at the firm, he should attend the seminar if at all possible. Mr. Cowley's direct office line is **(617) 951-2283**. He can make himself available at this number at the firm's Washington, D.C. office during the time of the case management conference.

If this arrangement is not satisfactory to the Court, Mr. Cowley respectfully requests that Thomas Wintner, an associate at the firm who has recently received pro hac vice admission for purposes of this case, be permitted to attend the case management conference in person in his absence; provided, however, that Mr. Cowley may still participate in the conference via telephone.

IT IS HEREBY ORDERED:

Mr. Cowley, lead counsel for the Plaintiffs, will be permitted to participate in the March 19, 2010 Further Case Management Conference by telephone, at the number listed above.

IT IS SO ORDERED.

Dated: __March 4__, 2010

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE