IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON TELECOMMUNICATIONS GROUP INC., et al.,

    Plaintiffs,

v.

ROBERT WOOD, et al.,

    Defendant.

No. C 02-05971 JSW

**ORDER OF REFERRAL**

In November 2003, this Court referred all discovery in this matter to a randomly assigned Magistrate Judge. The matter was assigned to Judge Brazil. This case having returned to this Court's active calendar, pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to a Magistrate Judge Beeler for the resolution of any and all discovery disputes.

**IT IS SO ORDERED.**

Dated: March 19, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom