David C. Phillips (SBN 032611)
dcp@phillaw.com
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Tel: (415) 398-0900
Fax: (415) 398-0911

Steven M. Cowley (*Pro Hac Vice*)
scowley@eapdlaw.com
Thomas H. Wintner (*Pro Hac Vice*)
twintner@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel: (617) 239-0100
Fax: (617) 227-4420

Attorneys for Plaintiffs Boston Telecommunications
Group, Inc. and Roderick Marshall

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON TELECOMMUNICATIONS GROUP, INC. and RODERICK MARSHALL<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT WOOD<br><br>Defendant. | CASE NO. C02-5971 JSW<br><br>**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND CONTINUE HEARING ON DISPOSITIVE MOTIONS**<br><br>Date: June 3, 2011<br>Time: 9:00 a.m.<br>Court: The Honorable Jeffrey S. White |

A hearing on dispositive motions is to be held June 3, 2011 per the Court's civil minute order (ECF No. 250 filed 3/22/2010). Defendant filed a Motion for Summary Judgment on April 27, 2011 (ECF No. 262) in advance of the hearing.

Plaintiffs' counsel, Thomas H. Wintner, has a trial in Massachusetts State court that commenced on May 2, 2011; will continue into the week of May 9; and may further continue

1

1 into the week of May 16. Plaintiffs' counsel has conferred with Defendant's counsel, and they
2 have jointly agreed to modify the briefing schedule to give Plaintiffs a two-week extension to
3 file an opposition to Defendant's Motion for Summary Judgment.
4      Accordingly, the parties respectfully request that the deadline for Plaintiffs' opposition to
5 Defendant's Motion for Summary Judgment be extended to May 27, 2011. In light of this
6 extension, the parties also respectfully request that Defendants be granted until June 3, 2011 to
7 file a reply brief, and that the Court thus reschedule the presently scheduled hearing on
8 dispositive motions to the next date convenient for the Court.
9      **IT IS SO STIPULATED.**
10 Dated: May 6, 2011

| /s/ | /s/ |
|---|---|
| Steven M. Cowley (Pro Hac Vice) | Lidia S. Stiglich |
| EDWARDS ANGELL PALMER & DODGE LLP | STIGLICH & HINKLEY LLP |
| | Attorneys for Defendant |

David C. Phillips
PHILLIPS ERLEWINE & GIVEN LLP

Attorneys for Plaintiffs
Boston Telecommunications Group, Inc.
and Roderick Marshall

     **IT IS SO ORDERED**: and the hearing on the Motion for Summary Judgment shall be heard on Friday, July 8, 2011 at 9:00 a.m.

Dated: May 6, 2011

_____
Honorable Jeffrey S. White
United States District Court Judge

2

**Stipulation to Modify Briefing Schedule and Continue Hearing – Case No. C02-5971 JSW**

BOS111 12580511.1