LIDIA S. STIGLICH, State Bar No. 182100
MICHAEL L. HINCKLEY, State Bar No. 161645
STIGLICH & HINCKLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:   (510) 486-0801
Email:   stiglich@stiglichhinckley.com
         hinckley@stiglichhinckley.com

Attorneys for Defendant
ROBERT WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BOSTON TELECOMMUNICATIONS GROUP, INC. and RODERICK MARSHALL, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT WOOD, <br><br> Defendant. | Case No. C 02-05971 JSW <br><br> **STIPULATION TO MODIFY THE BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTION** |
|---|---|

A hearing on Defendant's Motion for Summary Judgment is to be held on July 29, 2011, per the Court's order (ECF No. 270). Defendant Robert Wood filed his opening summary judgment brief on April 27, 2011. Plaintiffs filed their opposition brief on June 17, 2011. As presently scheduled defendant's reply brief is due on June 24, 2011.

However, non-party Deloitte Touche Tohmatsu ("DTT") has recently produced over 4,000 pages of documents in response to a subpoena duces tecum served by the plaintiff. Defendant has literally just obtained the produced documents from the outside vendor engaged by DTT, and has just begun the process of review. Some of the produced documents will likely

be important to this litigation. However, under the current briefing schedule, in which Mr. Wood's reply to plaintiff's opposition is due on June 24, Mr. Wood will have very little time to review DTT's documents and determine whether they merit inclusion in his reply. There is also the possibility that DTT's documents will require filing under seal in light of a confidentiality and protective order governing documents produced by third parties. Mr. Wood anticipates that he and DTT will likely resolve issues relating to confidentiality, but the process of identifying and considering the documents will take time. In any event, the parties do not envision that this requested change in the briefing schedule will necessitate a change in the presently scheduled hearing date of July 29.

**Accordingly, defendant's counsel has conferred with plaintiffs' counsel, and they have jointly agreed to reset the briefing schedule for Defendant's Motion for Summary Judgment so that Defendant's reply brief will be due on or before July 8, 2011.**

| | |
|---|---|
| EDWARDS ANGELL PALMER & DODGE, LLP | STIGLICH & HINCKLEY LLP |
| By: /s/Thomas H. Wintner<br>Thomas H. Wintner, Esq. (pro hac vice)<br>111 Huntington Avenue<br>Boston, MA 02199 | By: /s/ Lidia S. Stiglich<br>Lidia S. Stiglich, Esq.<br>803 Hearst Avenue<br>Berkeley, CA 94710 |
| -and- | Attorneys for Defendant |
| By: /s/ David C. Phillips<br>David C. Phillips, Esq.<br>Phillips, Erlewine & Given LLP<br>50 California Street, 35th Floor<br>San Francisco, California 94111 | |
| Attorneys for Plaintiffs | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court reserves the right to continue the hearing date.

Dated: June 21, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIP TO MODIFY BRIEFING SCHEDULE ON SUMMARY JUDGMENT
Case No. C 02-05971 JSW