IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON TELECOMMUNICATIONS
GROUP INC., et al.,

    Plaintiffs,

v.

ROBERT WOOD,

    Defendant.

No. C 02-05971 JSW

**ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT**

The motion for summary judgment filed by Defendant Robert Wood is currently set for hearing on September 9, 2011, at 9:00 a.m. The motion is fully briefed and ripe for decision. The Court finds that the motion is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for September 9, 2011 is hereby VACATED, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: September 8, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE