IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON TELECOMMUNICATIONS
GROUP INC., et al.,

    Plaintiffs,

v.

ROBERT WOOD,

    Defendant.

_____/

No. C 02-05971 JSW

**ORDER CONTINUING PRETRIAL FILING DEADLINES, PRETRIAL CONFERENCE AND TRIAL**

This matter is set for a pretrial conference on December 5, 2011, and a jury trial on January 9, 2012. Due to the Court's unavailability from January 9, 2012 through January 27, 2012, the Court HEREBY CONTINUES the pretrial conference and related deadlines from December 5, 2011 to Monday, March 5, 2012 at 2:00 p.m., and HEREBY CONTINUES the trial from January 9, 2012 to Monday, March 26, 2012 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: October 31, 2011

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE