1  LIDIA S. STIGLICH, State Bar No. 182100
   MICHAEL HINCKLEY, State Bar No. 161645
2  STIGLICH & HINCKLEY, LLP
   803 Hearst Avenue
3  Berkeley, California 94710
   Telephone:    (510) 486-0800
4  Facsimile:    (510) 486-0801

5
   Attorneys for Defendant
6  ROBERT WOOD

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 BOSTON TELECOMMUNICATIONS              Case No. C 02-05971 JSW
   GROUP, INC. and RODERICK
13 MARSHALL,                              **STIPULATION AND [PROPOSED]
                                          ORDER CONTINUING PRETRIAL
14           Plaintiffs,                  CONFERENCE AND TRIAL DATES**

15     vs.

16 ROBERT WOOD,

17           Defendant.

18
       Plaintiffs Boston Telecommunications Group, Inc. and Roderick Marshall ("Plaintiffs"),
19
   and defendant Robert Wood ("Defendant"), by and through their counsel of record, hereby
20
   stipulate and agree as follows:
21
       1.      On January 30, 2012, this Court denied Defendant's motion for summary
22
   judgment.
23

24
       2.      The pretrial conference in the above-captioned matter is currently set for Monday,
25
   March 5, 2012, at 2:00 p.m.  Trial is set for Monday, March 26, 2012, at 8:00 a.m.
26

27
                                           1
28
   Stipulation and [Proposed] Order Continuing                    C:\Documents and Settings\Lidia Stiglich\Desktop\Wood - Stip.doc
   Pretrial Conference and Trial Dates
   *BTG v. Wood*, Case No. C 02-05971 JSW

3. Defendant's trial counsel Lidia Stiglich has been retained as trial counsel in the state criminal case of *People of the State of California v. Ross Mirkarimi*, San Francisco Superior Court Case No. 12001311.  The *Mirkarimi* case is currently scheduled to begin trial between February 24, 2012, and March 5, 2012.

4. Because the trial period in the *Mirkarimi* case overlaps with significant pretrial proceedings in the above-captioned case, and in order to give the parties sufficient time to explore a possible resolution in light of the Court's recent order, the parties agree and stipulate that the pretrial conference and trial deadlines should be continued.

5. If the Court grants the requested continuance, the parties propose the Court consider any of the following dates:

A pretrial conference set for Tuesday, May 29, 2012, at 2:00 p.m., and trial would be set for Monday, June 18, 2012, at 8:00 a.m.; or

A pretrial conference set for Monday, June 4, 2012, at 2:00 p.m., and trial would be set for Monday, June 25, 2012, at 8:00 a.m.

///

///

///

Stipulation and [Proposed] Order Continuing
Pretrial Conference and Trial Dates
*BTG v. Wood*, Case No. C 02-05971 JSW

C:\Documents and Settings\Lidia Stiglich\Desktop\Wood - Stip.doc

1  IT IS SO STIPULATED.

2  Dated: February 2, 2012                           Respectfully submitted,

3                                                     /s/ Thomas H. Wintner
4                                                    Thomas H. Wintner (*pro hac vice*)
                                                     EDWARDS WILDMAN PALMER LLP
5                                                    111 Huntington Avenue
                                                     Boston, Massachusetts 02199

6                                                     /s/ David C. Phillips
7                                                    David C. Phillips
                                                     PHILLIPS, ERLEWINE & GIVEN LLP
8                                                    50 California Street, 35th Floor
                                                     San Francisco, California 94111

9                                                    Attorneys for Plaintiff

10                                                    /s/ Lidia S. Stiglich
11                                                   Lidia S. Stiglich
                                                     STIGLICH & HINCKLEY LLP
12                                                   803 Hearst Avenue
                                                     Berkeley, California 94710

13                                                   Attorney for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Continuing                                    C:\Documents and Settings\Lidia Stiglich\Desktop\Wood - Stip.doc
Pretrial Conference and Trial Dates
*BTG v. Wood*, Case No. C 02-05971 JSW

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, the Court HEREBY CONTINUES the pretrial conference and related deadlines and Jury Trial currently set for March 5, 2012 and March 26, 2012 respectively to [either]:

[A pretrial conference set for Tuesday, May 29, 2012, at 2:00 p.m., and trial ~~would be~~ is set for Monday, June 18, 2012, at 8:00 a.m.]~~; or~~

~~[A pretrial conference set for Monday, June 4, 2012, at 2:00 p.m., and trial would be set for Monday, June 25, 2012, at 8:00 a.m.].~~

IT IS SO ORDERED.

Dated: February 3, 2012

_____
The Honorable Jeffrey S. White
United States District Court Judge

---

4

Stipulation and [Proposed] Order Continuing
Pretrial Conference and Trial Dates
*BTG v. Wood*, Case No. C 02-05971 JSW

C:\Documents and Settings\Lidia Stiglich\Desktop\Wood - Stip.doc