IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON TELECOMMUNICATIONS
GROUP INC., et al.,

    Plaintiffs,

  v.

ROBERT WOOD, et al.,

    Defendant.

                                          /

No. C 02-05971 JSW

**ORDER OF REFERRAL FOR EMERGENCY SETTLEMENT CONFERENCE**

This matter is scheduled for a pretrial conference on May 29, 2012 and a trial on June 18, 2012. The Court HEREBY REFERS this matter, on an emergency basis, to a randomly assigned Magistrate Judge for purposes of conducting a settlement conference by no later than June 15, 2012.

**IT IS SO ORDERED.**

Dated: May 10, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk