**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON TELECOMMUNICATIONS
GROUP INC., et al.,

    Plaintiffs,

  v.

ROBERT WOOD,

    Defendant.
                                            /

No. C 02-05971 JSW

**ORDER RE OBJECTIONS TO EXHIBITS**

    The Court has reviewed the exhibit list with objections. It is unclear whether Defendant objects to Exhibits 49, 54, 57-60, 62 and 99-103. The parties shall file a revised exhibit list clarifying this issue by May 23, 2012. The parties also shall submit to Chambers copies of disputed exhibits 62 and 99-103.

    **IT IS SO ORDERED.**

Dated: May 21, 2012

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE