IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOSTON TELECOMMUNICATIONS
GROUP INC., et al.,

    Plaintiffs,

v.

ROBERT WOOD,

    Defendant.

No. C 02-05971 JSW

**ORDER RE SETTLEMENT**

    The Court has received a copy of the Civil Minute Order dated June 1, 2012, which state that this matter is settled. The parties are HEREBY ADVISED that all deadlines remain pending, unless and until they submit a request for all dates to be vacated or a request that the Court dismiss the action pursuant to the settlement.

    **IT IS SO ORDERED.**

Dated: June 5, 2012

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE