LIDIA S. STIGLICH, State Bar No. 182100
MICHAEL HINCKLEY, State Bar No. 161645
STIGLICH & HINCKLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:   (510) 486-0801
Email:       stiglich@stiglichhinckley.com
             hinckley@stiglichhinckley.com

Attorneys for Defendant
ROBERT WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON TELECOMMUNICATIONS GROUP, INC. and RODERICK MARSHALL,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT WOOD,<br><br>Defendant. | Case No. C 02-05971 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL AND ALL OTHER DATES AND DEADLINES ATTENDANT TO TRIAL**<br><br>**AND SETTING STATUS CONFERENCE** |

Following a settlement conference held before the Honorable Jacqueline Scott Corley on May 29, 2012, the parties have agreed to the terms of a settlement. The parties' agreement has been memorialized in a Term Sheet executed on June 7, 2012. A formal settlement agreement has not yet been reached, however, and finalizing this formal settlement agreement could still take several weeks due to the complexity of issues and the involvement of non-parties.

Only after the formal settlement agreement is finalized will the parties be able to file a Stipulation of Dismissal. Accordingly, and pursuant to the Court's recent Order re Settlement (Doc No. 306), the parties stipulate and jointly request that the current trial deadlines – including

1

the jury selection deadline of June 13, the trial start deadline of June 18, and any other attendant trial deadlines – be vacated and rescheduled, if necessary, at the convenience of the Court.

**IT IS SO STIPULATED**

| EDWARDS WILDMAN PALMER LLP | STIGLICH & HINCKLEY LLP |
|---|---|
| /S/ Steven Cowley<br>By: _____<br>Steven M. Cowley, Esq. (*pro hac vice*)<br>111 Huntington Avenue<br>Boston, MA 02199 | /S/ Lidia Stiglich<br>By: _____<br>Lidia S. Stiglich, Esq.<br>803 Hearst Avenue<br>Berkeley, CA 94710 |
| -and- | Attorneys for Defendant |

PHILLIPS, ERLEWINE & GIVEN LLP

/S/ David Phillips
By: _____
David Charles Phillips, Esq.
50 California Street, 35th Floor
San Francisco, California 94111

Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, the Court HEREBY VACATES the pending trial, and all pending deadlines and dates attendant to that trial.

**The Court shall set this matter for a status conference on Friday, September 7, 2012 at 1:30 p.m. In the event the matter has not been dismissed by August 31, 2012, the parties should submit a joint status report on that date.**

IT IS SO ORDERED.

Dated: June 8, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2
STIP AND ~~PROPOSED~~ ORDER VACATING TRIAL
Case No. C 02-05971 JSW