LIDIA S. STIGLICH, State Bar No. 182100
MICHAEL HINCKLEY, State Bar No. 161645
STIGLICH & HINCKLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 486-0800
Facsimile: (510) 486-0801
Email: stiglich@stiglichhinckley.com
hinckley@stiglichhinckley.com

Attorneys for Defendant
ROBERT WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON TELECOMMUNICATIONS GROUP, INC. and RODERICK MARSHALL,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROBERT WOOD,<br><br>    Defendant. | Case No. C 02-05971 JSW<br><br>**JOINT STATUS REPORT AND ORDER CONTINUING STATUS CONFERENCE** |

Pursuant to this Court's Order Granting Stipulation to Vacate Jury Trial and Setting Status Conference dated June 8, 2012, the parties jointly report that they have reached a comprehensive settlement agreement among themselves and a certain third party. The parties are working to obtain and exchange signatures on the written settlement agreement now.

Pursuant to the parties' settlement agreement, they contemplate that a stipulation of dismissal with prejudice shall be filed with the Court within twenty business days after circulation of all the signatures to the settlement agreement is completed.

| | |
|---|---|
| EDWARDS WILDMAN PALMER LLP | STIGLICH & HINCKLEY LLP |
| /s/Steven M. Cowley | /s/Lidia S. Stiglich |
| By: Steven M. Cowley, Esq. (*pro hac vice*)<br>111 Huntington Avenue<br>Boston, MA 02199 | By: Lidia S. Stiglich, Esq.<br>803 Hearst Avenue<br>Berkeley, CA 94710 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

**The Status Conference scheduled for September 7, 2012 at 1:30 p.m. is HEREBY CONTINUED to December 7, 2012 at 1:30 p.m. If the case has not been dismissed by November 30, 2012, the parties shall submit a further joint status report on that date.**

**September 4, 2012**

*[signature: Jeffrey S. White]*

**UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE**

America 17096667.1

JOINT STATUS REPORT
Case No. C 02-05971 JSW

2